UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PAWTUXET VALLEY PRESCRIPTION
& SURGICAL CENTER, INC.

v.     CA No. 08-423T

OMNICARE, INC., ET AL.

### ORDER OF REASSIGNMENT

It is hereby ordered that this case is returned to the Clerk for reassignment to another judge.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: December 23, 2008